# United States District Court

## SOUTHERN DISTRICT OF INDIANA



**UNITED STATES OF AMERICA**

v.

JACKSON TORRES-MARTINEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-00404

   I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 2, 2016, in Marion County, in the Southern District of Indiana, defendant did commit,

Count 1: Possession of a firearm by an illegal alien, in violation of Title 18 U.S.C. § 922(g)(5)(A).

I further state that I am a special agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____<br>Special Agent, Matthew W. Holbrook, DEA

**Sworn to before me, and subscribed in my presence**

June 13, 2016           at    Indianapolis, Indiana
**Date**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

## **AFFIDAVIT**

Matthew W. Holbrook, Special Agent, with the United States Drug Enforcement Administration (DEA), being duly sworn, deposes and states:

1. Your Affiant is a Special Agent (SA) of the federal Drug Enforcement Administration (DEA), United States Department of Justice. Your Affiant is a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. Your Affiant has been employed by the DEA since February 2004. I am currently assigned to the DEA Indianapolis District Office, Indianapolis, Indiana, and have been so assigned since October 2008. Prior to my assignment at the DEA Indianapolis District Office, I was assigned to the DEA Chicago Field Division in Chicago, Illinois. In connection with my official DEA duties, I investigate criminal violations of state and federal controlled substance laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848, as well as the laundering of drug trafficking proceeds in violation of Title 18, United States Code, Sections 1956 and 1957. I have personally conducted and/or assisted in numerous criminal investigations involving controlled substances and money laundering. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have testified in judicial proceedings and prosecutions for violations of controlled substance laws. I also have been actively involved in various types of electronic surveillance, including wire and electronic communication interception of more than fifty target telephones in this and prior investigations. I have also acted as the lead case agent in investigations using electronic and wire surveillance. I have participated in the debriefing and interviews of defendants, witnesses, informants

(confidential sources), and others who have knowledge both of the distribution and transportation of controlled substances and also of the laundering and concealing of proceeds from drug trafficking. I have reviewed numerous investigative reports and interviews related to the possession, manufacture, and delivery of, including possession with intent to deliver, controlled substances. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions. I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, and undercover operations. I have had conversations with drug traffickers concerning their methods of operation in the course of investigative interviews and have participated in the execution of numerous search warrants relating to illegal drug trafficking. My experience and training enable me to recognize methods and means used for the distribution of controlled substances and for the organization and operation of drug conspiracies, including the means employed to avoid detection.

2. This affidavit is being submitted in support of a criminal complaint for charging Jackson Torres-Martinez (DOB: XX-XX-1985) with possession of a firearm by an illegal alien, in violation of 18 U.S.C. § 922(g)(5)(A).

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents of the DEA, the Metropolitan Drug Task Force (MDTF), and other law enforcement, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in

this Affidavit, I assert that a statement was made, the information was provided by another Special Agent, Task Force Officer, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

4. On June 2, 2016, at approximately 8:45 p.m., members of DEA and the Indianapolis Metropolitan Drug Task Force (MDTF) as part of an ongoing narcotics investigation were conducting surveillance in the Spanish Oaks Apartment Complex near 3626 Wingate Terrace, Indianapolis, Indiana. Agents had determined Jackson Torres-Martinez was in the area and had two warrants for his arrest under Marion County Cause Numbers 49G21-1603-F2-009928 and 49F13-1302-CM-007989. At approximately 8:55 p.m., MDTF Det. Bob Locke observed Torres-Martinez exit apartment building 3626 Wingate Terrace. Upon exiting the common doorway of the building, Det. Locke observed Torres-Martinez wearing a red Chicago Bulls hat, a blue t-shirt, pants, and carrying a black backpack on his back. Det. Locke observed Torres-Martinez sit down on the front step in front of the common entryway door and take off the backpack and place it on the step next to him. At that time, agents/officers approached Torres-Martinez and took him into custody. Torres-Martinez confirmed his name was Jackson Torres-Martinez with a date of birth of XX-XX-1985. MDTF Det. Dale Young searched Torres-Martinez' backpack incident to arrest and found a black Hi-Point Model C9 9mm semi-auto handgun bearing serial number P1923668. The handgun was loaded and a round was chambered. Det. Young also recovered from the backpack a black mask, gloves, keys, a cell phone, and other personal items. An immigration check revealed Torres-Martinez is in the United States illegally. Additionally, a check through the Indiana State Police confirmed Torres-

Martinez did not have an Indiana firearms permit.

5. The firearm appeared to be operational and was manufactured outside of the State of Indiana.

WHEREFORE, probable cause exists to charge Jackson Torres-Martinez with the offense of possession of a firearm by an illegal alien, in violation of 18 U.S.C. § 922(g)(5)(A).

_____
Matthew W. Holbrook, Special Agent
Drug Enforcement Administration

Sworn to before me this 13th day of June, 2016.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana